IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| 20/20 MANAGEMENT COMPANY, INC., et al, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO.3-08-CV-608 |
| | ) | |
| COMUNIDAD CORPORATION, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## FINDINGS OF THE COURT

After making an independent review of the pleadings, files and relevant legal authorities in this case, and of the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. # 50) and Defendant Comunidad Kensington Club I, LLC's objections thereto (Doc. # 51), I am of the opinion that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings and Conclusions of the Court.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Court to Abstain and Remand Case is GRANTED and this case is hereby remanded to the 134th Judicial District Court of Dallas County, Texas.

SO ORDERED this 3rd day of September, 2008.

**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**